1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SHAUN M. ESPINOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-po-00077 SAB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND |
| vs. | ) ) | TO CONTINUE SEPTEMBER 1, 2016 STATUS CONFERENCE; ORDER |
| SHAUN M. ESPINOSA, | ) ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Shaun M. Espinosa, that this case shall be resolved by payment of a fixed-sum in lieu of Mr. Espinosa's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.  Mr. Espinosa agrees to pay a $250.00 fine and $25.00 processing fee, for a total of $275.00 on or before November 4, 2016.  Payment shall be made to the Central Violations Bureau.  Upon payment, the parties agree that this action will be terminated.

It is further stipulated that the September 1, 2016 status conference be continued to November 17, 2016, at 10:00 a.m., so that payment can be confirmed and the case may be resolved at that time.  If Mr. Espinosa pays the fixed-sum on or before November 4, 2016, the parties will notify the court and request that the case be removed from the November 17, 2016

calendar.

                              Respectfully submitted,

                              Phillip Talbert
                              Acting United States Attorney

Date:  August 3, 2016        */s/ Michael Tierney*
                              MICHAEL TIERNEY
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: August 3, 2016         */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorney for Defendant
                              SHAUN M. ESPINOSA

## **O R D E R**

**IT IS SO ORDERED.**  Defendant Shaun M. Espinosa is ordered to pay a $250 fine and a $25 processing fee, for a total financial obligation of $275.  The entire financial obligation must be paid in full by November 4, 2016.  The September 1, 2016 status conference is hereby continued to November 17, 2016.  If Mr. Espinosa has paid his financial obligation in full by November 4, 2016, the November 17, 2016 status conference will be vacated and the case will be terminated.

IT IS SO ORDERED.

Dated:   **August 3, 2016**                                    
                                        UNITED STATES MAGISTRATE JUDGE